UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DAVIS, | No. 2:21-cv-2164 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| L. MARTINEZ, Warden, | |
| Respondent. | |

Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the court is petitioner's request for an extension of time to file objections to the February 3, 2022, findings and recommendations. (ECF No. 7.) Good cause appearing, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 7) is granted; and

2. Petitioner shall file his objections within thirty days from the date of service of this order.

Dated: March 1, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/davi2164.111